THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Aaron Williams, Appellant.
 
 
 

Appeal from York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-251
Submitted May 1, 2007  Filed May 22, 2007    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Aaron Williams appeals his convictions for two counts of first-degree burglary and one count each of assault and battery of a high and aggravated nature (ABHAN), transaction card fraud, and petit larceny.  The trial judge sentenced him concurrently to thirty years for each burglary conviction, ten years for ABHAN, one year for transaction card fraud, and thirty days for petit larceny.  Williams contends the trial judge erred in failing to give a guilty but mentally ill charge.  Williamss counsel attached a petition to be relieved, stating he reviewed the record and concluded this appeal lacks merit.  Williams did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Williamss appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.